NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUL 16 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAUN DARNELL GARLAND, | No. 23-2338 |
| Plaintiff - Appellant, | D.C. No. 2:20-cv-01061-DAD-JDP |
| v. | MEMORANDUM* |
| LAURA ELDRIDGE, Warden; S. DEJESUS, Appeals Coordinator; BLACKWELL, Correctional Officer; C. FLORES, CDCR Investigator, | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted July 15, 2025**

Before:    SILVERMAN, TALLMAN, and BUMATAY, Circuit Judges.

Shaun Darnell Garland, a California state prisoner, appeals pro se from the

district court's summary judgment for failure to exhaust administrative remedies in

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

his 42 U.S.C. § 1983 action alleging a First Amendment retaliation claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Donell v. Kowell*, 533 F.3d 762, 769 (9th Cir. 2008). We affirm.

The district court properly granted summary judgment because Garland failed to raise a genuine dispute of material fact as to whether he properly exhausted his available administrative remedies with respect to the claim at issue in this case. *See Sapp v. Kimbrell*, 623 F.3d 813, 824 (9th Cir. 2010) (explaining that "[a] grievance suffices to exhaust a claim if it puts the prison on adequate notice of the problem for which the prisoner seeks redress").

**AFFIRMED.**